## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MELINTA THERAPEUTICS, INC., et al., | : | Case No. 19-12748 (LSS) |
| | : | |
| Debtors. | : | Bankruptcy BAP No. 20-09 |
| _____ | : | |
| | : | |
| LIN LUO, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v | : | C. A. No. 20-600-MN |
| | : | |
| MELINTA THERAPEUTICS, INC, | : | |
| | : | |
| Appellee. | : | |

### **RECOMMENDATION**

At Wilmington this **23rd** day of **June, 2020**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, Magistrate Judge Thynge reviewed the documents filed on this court's docket regarding the appeal of an Order entered on April 11, 2020 by Bankruptcy Judge Laurie Selber Sliverstein to determine the appropriateness of mediation in this matter. The notice of appeal was filed on April 30, 2020 and was docketed on April 30, 2020.

WHEREAS, as a result of the above screening process, the Order addresses issues that are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the

expense of the process. The Order confirmed the modified amended joint Chapter 11 Plan of Reorganization of Melinta Therapeutics, Inc. and its Debtor Affiliates.

A briefing schedule is needed for this matter to proceed through the appellate process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. The parties are advised they may file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge