IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MELINTA THERAPEUTICS, INC., et al., | ) | C.A. No. 19-12748 (LSS) |
| | ) | |
| Debtors. | ) | BAP No. 20-09 |
| LIN LUO, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-600 (MN) |
| | ) | |
| MELINTA THERAPEUTICS, INC., | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER

WHEREAS, on June 23, 2020, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 3) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no party filed objections to the Recommendation pursuant to Rule 72(a) of the Federal Rules of Civil Procedure in the prescribed period; and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 9th day of July 2020 that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that the parties are directed to submit a proposed briefing schedule to the Court no later than July 30, 2020.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Court